# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TREVOR KRUWEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 4:20-cv-00248-RSB-BWC |
| v. | ) |
| | ) |
| GEORGIA PORTS AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and to settlement, Plaintiff Trevor Kruwel and Defendant Georgia Ports Authority hereby stipulate to the dismissal with prejudice of all claims in the above captioned action. Each party will bear its own costs and attorneys' fees.

This 14th day of June, 2022.

*/s/ S. Wesley Woolf (with express permission)*
S. Wesley Woolf
GA Bar No. 776175
**WOOLF LAW FIRM**
408 East Bay Street
Savannah, Georgia 31401
T: 912-201-3696
Email: woolf@woolflawfirm.net

*/s/ Thomas G. Jarrard (with express permission)*
Thomas G. Jarrard *(admitted pro hac vice)*
**LAW OFFICE OF THOMAS G.
  JARRARD, PLLC**
1020 North Washington Street
Spokane, WA 99203
Telephone: 425 239-7290
Email: tjarrard@att.net

*/s/ Thomas H. Christopher*
Thomas H. Christopher
GA Bar No. 125512
**KILPATRICK TOWNSEND
  & STOCKTON LLP**
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia  30309-4528
Telephone:  (404) 815-6385
tchristopher@kilpatricktownsend.com

Paul Threlkeld, GA Bar No. 710731
Special Assistant Attorney General
Jacob D. Massee, GA Bar No. 551890
**OLIVER MANER LLP**
218 West State Street
Savannah, GA  31401
Telephone:  (912) 236-3311
Email:  pht@olivermaner.com
Email:  jmassee@olivermaner.com

Robert W. Mitchell *(admitted pro hac vice)*
**ROBERT MITCHELL, ATTORNEY**
  **AT LAW, PLLC**
1020 North Washington Street
Spokane, WA 99203
Telephone: 509-327-2224
Email:  bobmitchelllaw@gmail.com

*Attorneys for Plaintiff*

*Attorneys for Defendant Georgia Ports Authority*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TREVOR KRUWEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 4:20-cv-00248-RSB-BWC |
| v. | ) |
| | ) |
| GEORGIA PORTS AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

S. Wesley Woolf
WOOLF LAW FIRM
408 East Bay Street
Savannah, Georgia 31401

Thomas G. Jarrard
Law Office of Thomas G. Jarrard, PLLC
1020 North Washington Street
Spokane, WA 99203

KILPATRICK TOWNSEND
  & STOCKTON LLP
Suite 2800, 1100 Peachtree Street
Atlanta, GA  30309-4528
Telephone:  (404) 815-6500
Facsimile:  (404) 541-3155
tchristopher@kilpatricktownsend.com

Robert W. Mitchell
Robert Mitchell, Attorney at Law, PLLC
1020 North Washington Street
Spokane, WA 99203

*s/Thomas H. Christopher*
Thomas H. Christopher
Georgia Bar No. 125512

*Attorney for Defendant*