IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TREVOR KRUWEL,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA PORTS AUTHORITY,<br><br>    Defendant. | CIVIL ACTION NO.: 4:20-cv-248 |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice, signed and filed by counsel for Plaintiff and counsel for Defendant on June 14, 2022, wherein the parties indicate that they stipulate to the dismissal, with prejudice, of all claims in this action, with each party to bear its own costs and attorneys' fees.  (Doc. 41.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 11th day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA